JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRELL CORDARRYL STANFORD,<br>　　　　　Petitioner,<br>　　　v.<br>WARDEN P. HORN,<br>　　　　　Respondent. | Case No. 2:23-cv-05243-FLA (JDE)<br><br>**JUDGMENT** |

Pursuant to the Order Summarily Dismissing Petition for Writ of Habeas Corpus,

IT IS ADJUDGED that the action is dismissed without prejudice.

Dated: September 19, 2023

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge